| | |
|---|---|
| MILTON OTIS LEWIS,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS,<br><br>    Respondent. | No. 2:02-cv-0013-TLN-EFB |
| MILTON OTIS LEWIS,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS,<br><br>    Respondent. | No. 2:17-cv-01112-TLN-EFB<br><br>ORDER TO SHOW CAUSE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

    Petitioner is a state death row prisoner. He has currently pending before this court a petition for writ of habeas corpus, Eastern District Case No. 2:02-cv-00013-TLN-EFB, in which he is represented by attorneys David A. Senior and Ann-Kathryn R. Tria. In that action, he challenged his conviction and sentence on a number of grounds, some of which remain awaiting adjudication. *See* ECF No. 175.

1

Petitioner has now, without counsel, filed a second habeas petition in this court, also challenging his conviction and sentence. ECF No. 1. Because petitioner has appended a number of excerpts from state court petitions, it is unclear exactly what claims he wishes to present in this second petition. Nevertheless, it is clear that all of petitioner's claims attacking his conviction and sentence belong in a single federal action. Fed. R. Civ. P. 42(a).

Accordingly, it is hereby ORDERED that, within 21 days of the date of service of this order, petitioner shall show cause why the instant petition should not be dismissed and he be directed to consult with his existing counsel in Case No. 2:02-cv-00013-TLN-EFB regarding any additional claims he wishes to present to this court regarding his conviction and sentence. The Clerk of Court is directed to serve courtesy copies of this order and ECF No. 1 on Mr. Senior and Ms. Tria at their address of record in Case No. 2:02-cv-00013-TLN-EFB:

> McBreen and Senior
> 1900 Avenue of the Stars
> Eleventh Floor
> Los Angeles, CA 90067

So ordered.

DATED: June 21, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE