UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON OTIS LEWIS,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS,<br><br>    Respondent. | No. 2:17-cv-1112-TLN-EFB<br>No. 2:02-cv-0013-TLN-EFB<br><br><br>ORDER |

Petitioner's counsel requests an extension of time to respond to the court's June 21, 2017 order to show cause so that counsel can travel to San Quentin State Prison to confer with petitioner. ECF No. 189. The request is GRANTED, and counsel shall respond to the order to show cause within 90 days of the date of this order.

So ordered.

DATED: July 6, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE